1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GIOVANNI RAUDA-LUNA

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR.S 08-164 LKK
                                     )
12              Plaintiff,           )
                                     )  ORDER AFTER HEARING
13       v.                          )
                                     )
14  GIOVANNI RAUDA-LUNA              )
                                     )
15              Defendant.           )  Judge: Hon. Lawrence K. Karlton
                                     )
16  _____  )

17       This matter came before the Court for status conference on

18  November 1, 2011 in the courtroom of the Honorable Lawrence K. Karlton,

19  Senior U.S. District Court Judge.  Assistant United States Attorney

20  Michele Beckwith appeared on behalf of the United States of America;

21  Chief Assistant Federal Defender Linda C. Harter appeared on behalf of

22  defendant GIOVANNI RAUDA-LUNA who was present and in custody.

23       Defense counsel requested that the matter be set for further

24  status conference on November 15, 2011 at 9:15 a.m.

25       The parties agreed on the need for additional time to allow time

26  for defense preparation.

27       IT IS HEREBY ORDERED that this matter be set for status conference

28  on November 15, 2011 at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from November 1, 2011 to and including November 15, 2011 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: November 3, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT