| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | GIOVANNI RAUDA-LUNA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-08-164-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER;** |
| | ) **CONTINUING STATUS** |
| | ) **CONFERENCE AND EXCLUDING** |
| GIOVANNI RAUDA-LUNA, | ) **TIME** |
| | ) |
| | ) Date: November 29, 2011 |
| Defendant. | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GIOVANNI RAUDA-LUNA, that the status conference hearing date of November 15, 2011 be vacated, and the matter be set for status conference on November 29, 2011 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 29, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: November 18, 2011. | | Respectfully submitted, |
| | | DANIEL J. BRODERICK
Federal Public Defender |

DATED: November 18, 2011.

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for MR. RAUDA-LUNA

DATED: November 18, 2011.

BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 15, 2011, status conference hearing be continued to November 29, 2011 at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 29, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT